# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

FILED
NOV 14 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JAH DEPUTY

November 8, 2007

Mr. Sam Hamrick, Clerk
United States District Court
Edward J. Schwatz U.S. Courthouse, Suite 4290
490 Front Street
San Diego, CA 92101

Re: Cleshay Laronzo Johnson
Our Case Number: CR 97-164(6) JRT
Your Case Number: 07CR 7039 IEG

07CR7039-IEG

Dear Clerk:

**Initial Transfer Out**

☐ Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

**Final Transfer Out**

☒ Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

**Transfer In**

☐ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for only this defendant.

**Rule 5 (formerly Rule 40) Removal Proceedings**

☐ Enclosed please find certified copies of all documents filed in our court.

**Rule 20**

☐ Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

Mary Kay Grzybek

Mary Kay Grzybek, Deputy Clerk

cc: Jeffrey Paulsen, Assistant U. S. Attorney
Public Defender's Office
John P. Rayman, Probation Officer (Mpls)(All except Rule 5)
Financial Litigation Unit (Final & Transfer In)
Financial Services Department (Final & Transfer In)
File CR 97-164(6) JRT

Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NO. (Transferring Court) 0864-0:97CR00164-006(JRT) | |
| | | DOCKET NO. (Receiving Court) '07 CR 7039 IEG | |
| NAME Cleshay Laronzo Johnson | DISTRICT MINNESOTA | DIVISION | |
| | NAME OF SENTENCING JUDGE Honorable John R. Tunheim | | |
| | TYPE OF SUPERVISION SUPERVISED RELEASE | FROM 7/9/2007 | TO 7/8/2012 |
| OFFENSE Conspiracy to Distribute Cocaine Base | | | |

FILED
NOV 14 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

9-26-07
Date

[signature]
John R. Tunheim, United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

10/31/07
Effective Date

[signature]
United States District Judge

A true printed copy in 1 sheet(s) of the electronic record filed on 11/6/07 in the United States District Court for the District of Minnesota.
CERTIFIED, 11/8, 2007.
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
NOV 08 2007
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT
## Fourth Division - District of Minnesota

CERTIFIED ... Richard D. Sletten, Clerk
BY ... Deputy Clerk

UNITED STATES OF AMERICA

v.

Case Number CR 97-164 (6) (JRT/JGL)

CLESHAY LARONZO JOHNSON
Defendant.

## JUDGMENT IN A CRIMINAL CASE
**(For Offenses Committed On or After November 1, 1987)**

The defendant, CLESHAY LARONZO JOHNSON, was represented by Andrea K. George.

On motion of the United States the Court has dismissed counts 5, 6 and 7 as to this defendant.

The defendant pleaded guilty to count 1. Accordingly, the defendant is adjudged guilty of such count, involving the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 846 | Conspiracy to distribute and to possess with intent to distribute cocaine base | 5/14/97 | 1 |

As imposed on February 27, 1998, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $ 100.00, for count 1, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Dated: ~~February ___, 1998.~~
March 2, 1998.

John R. Tunheim
JOHN R. TUNHEIM, Judge
United States District Court

Defendant's Soc. Sec. No: 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
Defendant's Date of Birth: 6/18/74
Defendant's address: 5036 South Wilton Place; Los Angeles, CA 90062

MAR 02 1998
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(182)

Defendant: CLESHAY LARONZO JOHNSON
Case Number: CR 97-164 (6) (JRT/JGL)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **141 MONTHS**.

The Court makes the following recommendations to the Bureau of Prisons: 1. The defendant be placed in one of the following prison camps located in California: Boron, Bakersfield or Lompoc. 2. The defendant be considered for placement in the intensive drug treatment program.

The defendant shall surrender to the United States Marshal in Los Angeles, California, on Wednesday, March 11, 1998 at 9:00 a.m. The U.S. Marshal will inform the defendant of the location for his surrender.

## RETURN

I have executed this Judgment as follows:

________________________________________
________________________________________
________________________________________
________________________________________

Defendant delivered on ________________ to ________________________

at ________________________________, with a certified copy of this Judgment.

CERTIFIED ORIGINAL AND TRUE COPY IN 4 PAGES.

DATED: February ___, 1998.

BY: ____________________
DEPUTY CLERK

UNITED STATES MARSHAL

By ______________________
Deputy Marshal

Defendant: CLESHAY LARONZO JOHNSON
Case Number: CR 97-164 (6) (JRT/JGL)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **5 YEARS**.

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1. If ordered to the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

3. The defendant shall not possess any firearms or other dangerous weapons.

4. The defendant shall be required to undergo mandatory drug testing as set forth by 18 U.S.C. Sections 3563(a) and 3583(d).

5. The defendant shall participate, as instructed by the probation officer, in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant: CLESHAY LARONZO JOHNSON
Case Number: CR 97-164 (6) (JRT/JGL)

## STATEMENT OF REASONS

The Court adopts the factual findings and guideline application in the presentence report.

**Guideline Range Determined by the Court:**

| | |
|---|---|
| Total Offense Level: | 33 |
| Criminal History Category: | I |
| Imprisonment Range: | 135 months to 168 months |
| Supervised Release Range: | 5 years |
| Fine Range: | $ 17,500 to $ 4,000,000 |
| Restitution: | $ n/a |

The fine is waived because of the defendant's apparent inability to pay a fine due to his lack of assets and impending incarceration. For these same reasons, the defendant will not be required to pay the costs of his incarceration or supervised release.

The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s): The Court found that the defendant was eligible for consideration under Guideline Section 5C1.2 ("Safety Valve") and the resulting two level reduction of the offense level. Because of valid issues raised by the government as to the timing and extent of defendant's cooperation, the Court did not believe that a sentence at the low end of the range was appropriate.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

(1) DENNIS CARTER,
a/k/a NATHAN JONES,
a/k/a TRE,
(2) YVONNE WILLIAMS,
a/k/a TIA,
(3) MILTON MOORE,
(4) RONALD LINDSEY,
a/k/a R.L.,
(6) and CLESHAY JOHNSON,
a/k/a CLEE,

Defendants.

SUPERSEDING INDICTMENT CR 97-164 JRT/JGL

(21 U.S.C. § 846)
(21 U.S.C. § 841)
(21 U.S.C. § 843)

THE UNITED STATES GRAND JURY CHARGES THAT:

COUNT I

From on or about February 18, 1997, the exact date being unknown to the Grand Jury, to on or about May 14, 1997, at Hennepin County, in the State and District of Minnesota, and elsewhere, the defendants,

DENNIS CARTER,
a/k/a NATHAN JONES,
a/k/a TRE,
YVONNE WILLIAMS,
a/k/a TIA,
MILTON MOORE,
RONALD LINDSEY,
a/k/a R.L.,
and CLESHAY JOHNSON,
a/k/a CLEE,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury to distribute and to possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in the form of

A true copy in ___ sheet(s) of the record in my custody.
CERTIFIED 11/8 2007
Richard D. Sletten, Clerk
By [signature] Deputy Clerk

120

FILED AUG 06 1997
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

cocaine base, more commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

COUNT II

On or about April 11, 1997, at approximately 8:58 p.m., in the State and District of Minnesota, the defendant,

DENNIS CARTER,
a/k/a NATHAN JONES,
a/k/a TRE,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, that is, a violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b) and 843(d).

COUNT III

On or about April 11, 1997, at approximately 9:24 p.m., in the State and District of Minnesota, the defendants,

RONALD LINDSEY,
a/k/a R.L.,
and DENNIS CARTER,
a/k/a NATHAN JONES,
a/k/a TRE,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, that is, a violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b) and 843(d).

COUNT IV

On or about April 15, 1997, at approximately 2:07 p.m., in the State and District of Minnesota, the defendants,

DENNIS CARTER,
a/k/a NATHAN JONES,
a/k/a TRE,
and YVONNE WILLIAMS,
a/k/a TIA,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, that is, a violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b) and 843(d).

COUNT V

On or about May 5, 1997, in the State and District of Minnesota, the defendants,

RONALD LINDSEY,
a/k/a R.L.,
and CLESHAY JOHNSON,
a/k/a CLEE,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, that is, a violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b) and 843(d).

COUNT VI

On or about May 5, 1997, in the State and District of Minnesota, the defendants,

RONALD LINDSEY,
a/k/a R.L.,
and CLESHAY JOHNSON,
a/k/a CLEE,

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, two (2) kilograms of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT VII

On or about May 13, 1997, at approximately 9:12 p.m., in the State and District of Minnesota, the defendants,

RONALD LINDSEY,
a/k/a R.L.,
and CLESHAY JOHNSON,
a/k/a CLEE,

did knowingly and intentionally use a communication facility, that is, a telephone, in committing, causing and facilitating the commission of a felony, that is, a violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846; all in violation of Title 21, United States Code, Section 843(b) and 843(d).

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON

4DIV, CLOSED, FRC

# U.S. District Court
## U.S.District Court Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:97-cr-00164-JRT-JGL-6

Case title: USA v. Kirkland
Magistrate judge case number: 0:97-mj-00082

Date Filed: 06/03/1997
Date Terminated: 02/27/1998

Assigned to: Judge John R. Tunheim
Referred to: Magistrate Judge Jonathan G Lebedoff

Appeals court case number: 98-1891

**Defendant**

**Cleshay L Johnson** (6)
*TERMINATED: 02/27/1998*
*also known as*
Clee

represented by **Cleshay L Johnson**
#07798-041
Federal Prison Camp
Box 1000
Boron, CA 93596-1000
PRO SE

**Andrea K George**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
(612) 664-5858
Fax: (612) 664-5850
Email: andrea_george@fd.org
*TERMINATED: 02/27/1998*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUT COCAINE
(1ss)

**Disposition**

Custody of BOP for 141 months, 5 years supervised release, VSP on 3/11/98 at 9:00 a.m. to USM in Los Angeles, CA, $100 spec assmt

**Highest Offense Level (Opening)**

Felony

A true copy in 14 sheet(s) of the record in my custody.
CERTIFIED, 11/8 2007
Richard D. Sletten, Clerk
BY: Deputy Clerk

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CRACK COCAINE (1) | dismissed |
| 21:843(b) & 843(d) USE OF A COMMUNICATION FACILITY TO DISTRIBUTE COCAINE (5s) | dismissed |
| 21:841(a)(1) & 18:2 POSSESS WITH INTENT TO DISTRIBUTE COCAINE (6s) | dismissed |
| 21:843(b) & 843(d) USE OF A COMMUNICATION FACILITY TO DISTRIBUTE COCAINE (7s) | dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**United States of America**

represented by **Jeffrey S Paulsen**
United States Attorney's Office
300 S 4th St Ste 600
Minneapolis, MN 55415
(612) 664-5600
Email: jeff.paulsen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Nolting Burke**
Hennepin County District Court
300 S 6th St
INACTIVE
Mpls, MN 55487
*TERMINATED: 07/30/2007*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 01/01/1931 | | FILE IN FEDERAL RECORD CENTER as to Yvonne Williams (2), Andre Simmons(5), Cleshay L Johnson (6) (JPL) (Entered: 07/25/2002) |
| 02/10/1997 | 1 | APPLICATION and ORDER Authorizing the Installation and Use of a Trap and Trace by Magistrate Judge Jonathan G. Lebedoff (sealed) [ 0:97-m -82 ] (SJH) (Entered: 02/10/1997) |
| 02/10/1997 | 2 | APPLICATION and ORDER Authorizing the Installation and Use of a Pen Register by Magistrate Judge Jonathan G. Lebedoff (sealed) [ 0:97-m -82 ] (SJH) (Entered: 02/10/1997) |
| 02/10/1997 | 3 | APPLICATION and ORDER by Magistrate Judge Jonathan G. Lebedoff for Installation and Use of a Pen Register (9pgs) FILED UNDER SEAL [ 0:97-m -82 ] (BLW (Entered: 02/11/1997) |
| 02/10/1997 | 4 | APPLICATION and ORDER by Magistrate Judge Jonathan G. Lebedoff for the Installation and Use of a Trap and Trace Device (8pgs) FILED UNDER SEAL [ 0:97-m -82 ] (BLW (Entered: 02/11/1997) |
| 02/12/1997 | 5 | APPLICATION and ORDER by Magistrate Judge Jonathan G. Lebedoff Authorizing the Installation and Use of a Trap and Trace Device (8pgs) FILED UNDER SEAL [ 0:97-m -82 ] (BLW Modified on 02/12/1997 (Entered: 02/12/1997) |
| 02/12/1997 | 6 | APPLICATION and ORDER by Magistrate Judge Jonathan G. Lebedoff Authorzing the Instllation and Use of a Pen Register (10pgs) FILED UNDER SEAL [ 0:97-m -82 ] (BLW (Entered: 02/12/1997) |
| 03/10/1997 | 7 | APPLICATION by plaintiff USA & ORDER (AJB) authorizing the installation & use of a trap & trace device. 8pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) Modified on 03/10/1997 (Entered: 03/10/1997) |
| 03/10/1997 | 8 | APPLICATION by plaintiff USA & ORDER (AJB) authorizing the installation & use of a pen register. 8pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 03/10/1997) |
| 04/08/1997 | 9 | APPLICATION by plaintiff USA & ORDER (JGL) authorizing installation & usae of a trap & trace device. 9pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 04/08/1997) |
| 04/08/1997 | 10 | APPLICATION by plaintiff USA & ORDER (JGL) authorizing the installation & use of a pen register. 10 pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 04/08/1997) |
| 04/14/1997 | 11 | APPLICATION by plaintiff USA & ORDER (AJB) authorizing the installation & use of trap & trace device. 7 pgs FILED UNDER SEAL [ 0:97-m -82 ] ( (Entered: 04/15/1997) |
| 04/14/1997 | 12 | APPLICATION by plaintiff USA & ORDER (AJB) authorizing the installation & use of pen register. 8 pgs FILED UNDER SEAL [ 0:97-m -82 ] ( (Entered: 04/15/1997) |
| 04/22/1997 | 13 | APPLICATION by plaintiff USA & ORDER (JMM) authorizing the installation & use of a pen register. 8pgs FILED UNDER SEAL [ 0:97-m |

| | | |
|---|---|---|
| | | -82 ] (LEG) (Entered: 04/23/1997) |
| 04/22/1997 | 14 | AMENDED APPLICATION by plaintiff USA & AMENDED ORDER (JMM) authorizing the use & installation of a trap & trace device. 8pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 04/23/1997) |
| 04/22/1997 | 15 | APPLICATION by plaintiff USA & ORDER (JMM) authorizing the use & installation & use of a trap & trace device. 8pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 04/23/1997) |
| 05/09/1997 | 16 | APPLICATION by plaintiff USA & ORDER (JMM) authorizing the installation & use of a trap & trace device. 8 pgs FILED UNDER SEAL [ 0:97-m -82 ] ( (Entered: 05/12/1997) |
| 05/09/1997 | 17 | APPLICATION by plaintiff USA & ORDER (JMM) authorizing the installation & use of trap & trace device. 8 pgs FILED UNDER SEAL [ 0:97-m -82 ] ( (Entered: 05/12/1997) |
| 05/09/1997 | 18 | APPLICATION by plaintiff USA & ORDER (JMM) authorizing the installation & use of pen register. 8 pgs FILED UNDER SEAL [ 0:97-m -82 ] ( (Entered: 05/12/1997) |
| 05/09/1997 | 19 | APPLICATION by plaintiff USA & ORDER (JMM) authorizing the installation & use of pen register. 8 pgs FILED UNDER SEAL [ 0:97-m -82 ] ( (Entered: 05/12/1997) |
| 05/13/1997 | 20 | APPLICATION by plaintiff USA & ORDER (JMM) authorizing the installation & use of a pen register. 8pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/14/1997) |
| 05/13/1997 | 21 | APPLICATION by plaintiff USA & ORDER (JMM) authorizing the installation & use of a trap & trace device. 8 pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/14/1997) |
| 05/13/1997 | 22 | APPLICATION by plaintiff USA & ORDER (JMM) authorizing the installation & use of a pen register. 8pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/14/1997) |
| 05/13/1997 | 23 | APPLICATION by plaintiff USA & ORDER (JMM) authorizing the instatllation & use of a trap & trace device. 8pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/14/1997) |
| 05/14/1997 | 24 | COMPLAINT by USA with attached affidavit of Glenn Haas against defendant Dennis Carter, Milton Moore, Craig Moore, Yvonne Williams, Andre Simmons, Ronald Lindsay & Cleshay L Johnson by Magistrate Judge Jonathan G. Lebedoff. Warrant issued. 4pgs [ 0:97-m -82 ] (LEG) (Entered: 05/16/1997) |
| 05/14/1997 | | BENCH WARRANT issued for Dennis Carter, Milton Moore, Craig Moore, Yvonne Williams, Andre Simmons, Ronald Lindsay & Cleshay L Johnson by Magistrate Judge Jonathan G. Lebedoff. [ 0:97-m -82 ] (LEG) (Entered: 05/16/1997) |

| | | |
|---|---|---|
| 05/14/1997 | 27 | MINUTES: before Magistrate Judge Jonathan G. Lebedoff FIRST APPEARANCE of Cleshay L Johnson (7); detention ordered; preliminary hearing & detention hearing set for 2:00 on 5/15/97 before JEC PD appt'd. 1pg [ 0:97-m -82 ] (LEG) (Entered: 05/16/1997) |
| 05/15/1997 | 30 | TEMPORARY ORDER of Detention of Cleshay L Johnson (7) by Magistrate Judge Jonathan G. Lebedoff (copies dist'd). 1pg [ 0:97-m -82 ] (LEG) Modified on 05/16/1997 (Entered: 05/16/1997) |
| 05/15/1997 | 33 | MINUTES: before Magistrate Judge J. Earl Cudd for preliminary & detention hearing as to Cleshay L Johnson (7); Attorney Andrea K George present; $25,000 RPR Bond set deft bound over to district court. Tape 97-13-330-1880. 1pg [ 0:97-m -82 ] (LEG) (Entered: 05/16/1997) |
| 05/16/1997 | 34 | ORDER by Magistrate Judge J. Earl Cudd SETTING CONDITIONS OF RELEASE for Cleshay L Johnson in the amt of $25,000 RPR. 3pgs [ 0:97-m -82 ] (LEG) (Entered: 05/16/1997) |
| 05/16/1997 | 35 | APPEARANCE BOND ($25,000 RPR exec 5/15/97) by Cleshay L Johnson. 1pg [ 0:97-m -82 ] (LEG) (Entered: 05/16/1997) |
| 05/20/1997 | 38 | PETITION by USA and ORDER SEALING SEARCH WARRANT, AFFIDAVIT, RETURN, PETITION & ORDER FOR SEALING by Magistrate Judge Jonathan G. Lebedoff. FILED UNDER SEAL [ 0:97-m -82 ] (LEG) Modified on 05/21/1997 (Entered: 05/21/1997) |
| 05/20/1997 | 39 | APPLICATION by plaintiff USA & attached affidavit of Glenn Haas for search warrant (dated 5/14/97). 10pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/21/1997) |
| 05/20/1997 | 40 | SEARCH warrant returned executed on 5/14/97. 2pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/21/1997) |
| 05/20/1997 | 41 | PETITION by USA and ORDER SEALING SEARCH WARRANT, AFFIDAVIT, RETURN, PETITION AND ORDER FOR SEALING by Magistrate Judge Jonathan G. Lebedoff. FILED UNDER SEAL [ 0:97-m -82 ] (LEG) Modified on 05/21/1997 (Entered: 05/21/1997) |
| 05/20/1997 | 42 | APPLICATION by plaintiff USA & attached affidavit of Glenn Haas for search warrant (dated 5/14/97). 10pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) Modified on 05/21/1997 (Entered: 05/21/1997) |
| 05/20/1997 | 43 | SEARCH warrant returned executed on 5/14/97. 4pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/21/1997) |
| 05/20/1997 | 44 | PETITION by USA and ORDER SEALING SEARCH WARRANT, AFFIDAVIT, RETRUN, PETITION AND ORDER FOR SEAING by Magistrate Judge Jonathan G. Lebedoff. 4pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/21/1997) |
| 05/20/1997 | 45 | APPLICATION by plaintiff USA & attached affidavit of Glenn Haas for search warrant (dated 5/14/97). 10pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/21/1997) |

| | | |
|---|---|---|
| 05/20/1997 | 46 | SEARCH warrant returned executed on 5/14/97. 3pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/21/1997) |
| 05/20/1997 | 47 | PETITION by USA and ORDER SEALING SEARCH WARRANT, AFFIDAVIT, RETURN, PETITION AND ORDER FOR SEALING by Magistrate Judge Jonathan G. Lebedoff. 4pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/21/1997) |
| 05/20/1997 | 48 | APPLICATION by plaintiff USA & attached affidavit of Glenn Haas for search warrant (dated 5/14/97). 10pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/21/1997) |
| 05/20/1997 | 49 | SEARCH warrant returned executed on 5/14/97. 2pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/21/1997) |
| 05/20/1997 | 50 | PETITION by USA and ORDER SEALING SEARCH WARRANT, AFFIDAVIT, RETRUN, PETITION AND ORDER by Magistrate Judge Jonathan G. Lebedoff. 4pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/21/1997) |
| 05/20/1997 | 51 | APPLICATION by plaintiff USA & attached affidavit of Glenn Haas for search warrant (dated 5/14/97). 10pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/21/1997) |
| 05/20/1997 | 52 | SEARCH warrant returned executed on 5/20/97. 4pgs FILED UNDER SEAL [ 0:97-m -82 ] (LEG) (Entered: 05/21/1997) |
| 05/23/1997 | 55 | BENCH Warrant returned executed as to Cleshay L Johnson 5/14/97. (1 page) [ 0:97-m -82 ] (PJS) (Entered: 05/23/1997) |
| 05/28/1997 | 56 | SUBSTITUTION OF ATTYORNEY Alan David Margoles replacing attorney James Erwin Ostgard II for Andre Simmons. 1 pg [ 0:97-m -82 ] ( (Entered: 05/29/1997) |
| 06/03/1997 | 59 | INDICTMENT assigned to Judge John R. Tunheim, referred to Magistrate Judge Jonathan G. Lebedoff by USA William B Michael Jr. Counts filed against Dennis Carter (1) count 1, Yvonne Williams (2) count 1, Milton Moore (3) count 1, Ronald Lindsey (4) count 1, Andre Simmons (5) count 1, Cleshay L Johnson (6) count 1. Warrant issued for Dennis Carter & Milton Moore. 2 pgs ( (Entered: 06/03/1997) |
| 06/13/1997 | 61 | MINUTES before Magistrate Judge Jonathan G. Lebedoff dft Cleshay L Johnson ARRAIGNED; not guilty plea entered; atty present; disclosures due 6/20/97; pretrial motions to be filed by 6/30/97; motion hearing set for 1:45 p.m. on 7/15/97 before JGL; voir dire/jury instructions due 8/4/97; jury trial set for 9:30 a.m. on 8/11/97 before JRT. (1 page) (PJS) (Entered: 06/16/1997) |
| 06/13/1997 | 62 | ARRAIGNMENT ORDER by Magistrate Judge Jonathan G. Lebedoff as to Ronald Lindsey & Cleshay L Johnson . Same as minutes, Doc. #60 & 61 respectively. (cc: all counsel) Date Signed: 6/13/97 (2 pages) (PJS) (Entered: 06/16/1997) |

| | | |
|---|---|---|
| 06/27/1997 | 79 | MOTION to unseal five seach warrants from MG 97-82 JGL by USA as to defts Dennis Carter, Yvonne Williams, Milton Moore, Ronald Lindsey, Andre Simmons, and Cleshay L Johnson. (1 page) (PJS) (Entered: 07/01/1997) |
| 06/27/1997 | 81 | FOUR (4) APPLICATIONS by plaintiff USA to permit disclosure of wiretap information & unseal court orders. 12 pgs ( (Entered: 07/01/1997) |
| 06/30/1997 | 80 | ORDER by Magistrate Judge Jonathan G. Lebedoff granting USA's motion to unseal five seach warrants from MG 97-82 JGL [79-1] as to Dennis Carter, Yvonne Williams, Milton Moore, Ronald Lindsey, Andre Simmons, & Cleshay L Johnson. The clerk of court shall unseal the search warrant applications and affidavits of said applications for the following addresses: 687 Edmund Ave., 1406 Thomas Ave., 1004 Fuller Ave., 6001 Candace Ave., and 1205 Westminister St. (cc: all counsel) Date Signed: 6/30/97. (1 page) (PJS) (Entered: 07/01/1997) |
| 07/01/1997 | 82 | FOUR (4) ORDERS by Chief Judge Paul A. Magnuson granting govt's applications to permit disclosure of wiretap information & unseal court ordes [81-1] (cc: all counsel) Date Signed: 7/1/97. 8 pgs ( (Entered: 07/01/1997) |
| 07/02/1997 | 83 | SUBSTITUTION OF COUNSEL: Robert Dino Sicoli (retained) replaces Christopher B Coleman (CJA) for Ronald Lindsey. (1 page) (PJS) (Entered: 07/02/1997) |
| 07/02/1997 | 84 | MOTION for disclosure of 404 evidence by Cleshay L Johnson. 1pg (LEG) (Entered: 07/07/1997) |
| 07/02/1997 | 85 | MOTION to compel atty for the gov't to disclose evidence favorable to the deft by Cleshay L Johnson. 2pgs (LEG) (Entered: 07/07/1997) |
| 07/02/1997 | 86 | MOTION for discovery of confessions or statements in the nature of confessions & 2) MOTION for suppression of confessions or statements in the nature of confessions by Cleshay Johnson. 2pgs (LEG) (Entered: 07/07/1997) |
| 07/02/1997 | 87 | MOTION for discovery & inspection by Cleshay L Johnson. 2pgs (LEG) (Entered: 07/07/1997) |
| 07/02/1997 | 88 | MOTION for discovery & inspection of products and records of electronic surveillance by Cleshay L Johnson. 2pgs (LEG) (Entered: 07/07/1997) |
| 07/02/1997 | 89 | MOTION for disclosure of exculpatory evidence by Cleshay L Johnson. 2pgs (LEG) (Entered: 07/07/1997) |
| 07/02/1997 | 90 | MOTION to suppress eyewitness identifications by Cleshay L Johnson. 2pgs (LEG) (Entered: 07/07/1997) |
| 07/02/1997 | 91 | MOTION to disclose & make informant available for interview by Cleshay L Johnson. 1pg (LEG) (Entered: 07/07/1997) |

| | | |
|---|---|---|
| 07/02/1997 | 92 | MOTION for early disclosure of Jencks Act Material by Cleshay Johnson. 2pgs (LEG) (Entered: 07/07/1997) |
| 07/02/1997 | 93 | MOTION for gov't agents to rtn rough notes by Cleshay L Johnson. 2pgs (LEG) (Entered: 07/07/1997) |
| 07/02/1997 | 94 | MOTION for discovery of expert under rule 16(a)(1)(E) by Cleshay L Johnson. 1pg (LEG) (Entered: 07/07/1997) |
| 07/02/1997 | 95 | MOTION for severance of counts & 2) MOTION for severance of defts by Cleshay L Johnson. 2pgs (LEG) (Entered: 07/07/1997) |
| 07/02/1997 | 96 | MOTION to suppress evidence obtained as a result of search & seizure by Cleshay L Johnson. 2pgs (LEG) (Entered: 07/07/1997) |
| 07/02/1997 | 97 | MOTION to suppress statements, admissions & answers by Cleshay L Johnson. 2pgs (LEG) (Entered: 07/07/1997) |
| 07/02/1997 | 98 | MOTION to disclose post conspiracy statements of co-deft's by Cleshay L Johnson. 1pg (LEG) (Entered: 07/07/1997) |
| 07/10/1997 | 115 | MEMORANDUMS by USA in opposition to deft Cleshay Johnson's pretrial motions. (22 pages) ( (Entered: 07/11/1997) |
| 07/14/1997 | 116 | RESPONSE by plaintiff USA to deft Lindsey's pretrial motions [114-1], [113-1], [112-1], [111-1], [110-1], [110-2], [109-1], [108-1], [107-1], [106-1], [105-1], [104-1], [103-1], [103-2], [102-1], [101-1] & [100-1]. 32pgs (LEG) (Entered: 07/16/1997) |
| 07/28/1997 | 119 | ORDER GRANTING CONTINUANCE OF JURY TRIAL by Judge John R. Tunheim that deft Ronald Lindsey's motion for continuance of trial date is granted [117-1] The court finds that the ends of justice served (18 USC (h)(8)(A) and (B)(iv)) by continuing the trial outweigh the interest of the public and deft in a speedy trial. Jury trial set for 9:30 a.m. on 9/9/97 for Dennis Carter, Yvonne Williams, Milton Moore, Ronald Lindsey, & Cleshay L Johnson. (cc: all counsel) Date Signed: 7/28/97. (2 pages) (PJS) (Entered: 07/29/1997) |
| 08/06/1997 | 120 | SUPERSEDING INDICTMENT against Dennis Carter (1) counts 1s, 2s, 3s, 4s, 7s, Yvonne Williams (2) counts 1s, 4s, Milton Moore (3) counts 1s, Ronald Lindsey (4) counts 1s, 3s, 5s, 6s, Cleshay L Johnson (6) counts 5s, 6s, 7s. 4 pgs ( (Entered: 08/07/1997) |
| 08/06/1997 | | SUPERSEDING INDICTMENT as to Cleshay L Johnson (6) count 1s needed to be added, missed when original docketed by djd. (LEG) (Entered: 08/12/1997) |
| 08/07/1997 | 123 | MINUTES: before Magistrate Judge Jonathan G. Lebedoff for MOTION hearing as to Ronald Lindsey (4) and Cleshay L Johnson (6). Hearing held on deft's pretrial motions. All taken under advisement. Court Reporter: Mark Hegle w/Lerschen & Assoc. 1pg (LEG) (Entered: 08/12/1997) |

| | | |
|---|---|---|
| 08/07/1997 | 129 | MINUTES before Magistrate Judge Jonathan G. Lebedoff as to defts Ronald Lindsey and Cleshay L Johnson ARRAIGNED; not guilty pleas entered to superseding indictment; attys present; Court Reporter: Mark Hegle, Lerschen & Assoc. (1 page) (PJS) (Entered: 08/26/1997) |
| 08/08/1997 | 121 | MINUTES: before Judge John R. Tunheim Cleshay L Johnson (6) enters GUILTY PLEA to count 1 of superseding indicment. Counts 5s-7s to be dismissed at sentencing. Bond cont'd. Deft will be allowed to retrun to CA & will be required to report to PTS in CA. An order will be issued. Court Reporter: Karen J. Grufman. 1pg (LEG) (Entered: 08/12/1997) |
| 08/08/1997 | 122 | PLEA AGREEMENT AND SENTENCING STIPULATIONS as to Cleshay L Johnson (6). 3pgs (LEG) (Entered: 08/12/1997) |
| 08/12/1997 | 124 | NOTICE of HEARING jury trial set for 9:30 on 9/9/97 as to Yvonne Williams (2) and Ronald Lindsey (4) before JRT. 1pg (LEG) (Entered: 08/12/1997) |
| 08/12/1997 | 125 | PETITION FOR ACTION ON CONDITIONS OF SUPERVISEDR RELEASE and ORDER as to Cleshay L Johnson by Magistrate Judge J. Earl Cudd that the deft be allowed to terminate his placement at Reentry West Halfway House and move to 5036 South Wilton Place, Los Angeles, CA. Deft shall not move from that address unless he receives permission from pretrial services. (cc: all counsel) 1 page (PJS) (Entered: 08/13/1997) |
| 08/21/1997 | 128 | TRANSCRIPT OF MOTION HEARING held 8/7/97 before JGL as to defendant Ronald Lindsey & defendant Cleshay L Johnson (Court Reporter: Mark D. Hegle w/Ray Lerschen & Assoc.) (SEPARATE) (LEG) (Entered: 08/21/1997) |
| 09/02/1997 | 132 | REPORT and RECOMMENDATION by Magistrate Judge Jonathan G. Lebedoff date signed: 08/29/97 recommends denying in part and denied w/o prejudice motion to suppress evidence [110-1] and motion to suppress confessions, admissions, or statements in the nature of confessions [110-2], denying motion to suppress intercepted wire and/or electronic communications [111-1] RR Ruling deadline set for 10/2/97 for Ronald Lindsey (cc: all counsel). 11 pgs ( (Entered: 09/02/1997) |
| 09/02/1997 | 133 | TRANSCRIPT OF ARRAIGNMENT ON SS INDICTMENT & MOTION HRG held 08/97/97 before JGL as to deft Ronald Lindsey, & Cleshay L Johnson (Court Reporter: Mark D. Hegle, Lerschen & Associates) (SEPARATE) ( (Entered: 09/02/1997) |
| 09/03/1997 | 134 | TRANSCRIPT OF GUILTY PLEA held 8/8/97 before JRT as to defendant Cleshay L Johnson (Court Reporter: Karen J. Gruffman) (SEPARATE) (LEG) (Entered: 09/04/1997) |
| 09/08/1997 | 139 | RESPONSE by plaintiff USA to deft Ronald Lindsey's objections to Report & Recommendation [138-1]. 20 pgs ( (Entered: 09/10/1997) |

| | | |
|---|---|---|
| 09/12/1997 | 144 | ORDER FOR REASSIGNMENT by Judge John R. Tunheim & Judge David S Doty case # CR 97-252 reassigned to Judge John R. Tunheim (cc: all counsel) Date Signed: 09/08/97. 1 pg ( (Entered: 09/17/1997) |
| 09/24/1997 | 148 | MINUTES: before Judge John R. Tunheim 1ST DAY OF JURY TRIAL jury impaneled & sworn. Court Reporter: Angie Threkeld w/Shaddix & Assoc. 1pg (LEG) (Entered: 09/26/1997) |
| 10/03/1997 | 161 | PROPOSED JURY INSTRUCTIONS by plaintiff USA as to deft Ronald Lindsey (4). 20pgs (LEG) (Entered: 10/06/1997) |
| 12/01/1997 | 173 | RESPONSE by plaintiff USA to deft Lindsey's objections to presentence investigation report. 2pgs (LEG) (Entered: 12/02/1997) |
| 02/23/1998 | 178 | REQUEST for travel authorization by Cleshay L Johnson. 1pg (LEG) (Entered: 02/24/1998) |
| 02/23/1998 | 179 | ORDER FOR APPEARANCE OF DEFT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18:4285 by Judge John R. Tunheim that the deft appear before the court on 2/26/98, not later than 9:00 a.m. IT IS FURTHER ORDERED that the USM furnish the deft transportation to appear before the Court, transportation to return home to Los Angeles, California after said hrg, and to furnish subsistence expenses not to exceed per diem allowance for travel contemplated under 5:5702(a) all as authorized by 18:4285 [178-1] as to Cleshay L Johnson (cc: all counsel, (PD by chambers) & USM) Date Signed: 2/23/98. 1pg (LEG) Modified on 02/24/1998 (Entered: 02/24/1998) |
| 02/27/1998 | 181 | MINUTES: before Judge John R. Tunheim SENTENCING Cleshay L Johnson (6) to count 1s. Custody of BOP for 141 months, 5 years supervised release, VSP on 3/11/98 at 9:00 a.m. to USM in Los Angeles, CA, $100 spec assmt; counts 1, 5s, 6s, 7s are dismissed. Court Reporter: Karen J. Grufman. 1pg (LEG) (Entered: 02/27/1998) |
| 03/02/1998 | 182 | JUDGMENT/STATEMENT OF REASONS as to defendant Cleshay L Johnson by Judge John R. Tunheim (Copies dist'd). 4pgs (LEG) (Entered: 03/03/1998) |
| 03/23/1998 | 186 | LETTER with attached copy of Notice of Appeal to the court from defense counsel for Cleshay L Johnson regarding timeliness of filing Notice of Appeal. 3 pgs ( (Entered: 03/24/1998) |
| 03/23/1998 | 187 | NOTICE OF APPEAL to the 8th Circuit Court of Appeals by defendant Cleshay L Johnson (PRO SE) from Judgment entered 3/2/98 [182-1] (cc: AUSA, deft & Court Reporter). 1 pg w/attached envelope ( (Entered: 03/24/1998) |
| 03/24/1998 | | DELIVERED TWO CERTIFIED COPIES of each of the following to the Court of Appeals, St. Paul Office: Revised information sheet, Notice of Appeal, Order or Judgment and Docket entries as to Cleshay Johnson (6) ( (Entered: 03/24/1998) |

| | | |
|---|---|---|
| 04/03/1998 | | NOTIFICATION BY CIRCUIT COURT of Appellate Docket Number 98-1891 as to defendant Cleshay L Johnson ( (Entered: 04/03/1998) |
| 04/23/1998 | | DELIVERED TWO CERTIFIED COPIES of each of the following to the Court of Appeals, St. Paul Office: Revised information sheet, Notice of Appeal, Order or Judgment and Docket entries ( (Entered: 04/23/1998) |
| 05/21/1998 | 198 | ORDER (dated 5/20/98) as to deft CLESHAY JOHNSON from the Eighth Circuit Court of Appeals that the case is remanded to the district court for the limited purpose of determining when deft's notice of appeal was delivered to prison authorities for mailing. (cc: deft, U S Atty, JRT) 1 page (PJS) (Entered: 05/22/1998) |
| 06/17/1998 | 200 | MEMORANDUM by USA as to deft Cleshay Johnson concerning deft's filing of notice of appeal. (15 pages) (PJS) (Entered: 06/17/1998) |
| 06/24/1998 | 201 | APPLICATION by plaintiff USA & ORDER (JEC) re:disclosure. 5pg FILED UNDER SEAL (LEG) (Entered: 06/24/1998) |
| 06/24/1998 | 202 | APPLICATION by plaintiff USA & ORDER (JEC) re: disclosure. 5pgs FILED UNDER SEAL (LEG) (Entered: 06/24/1998) |
| 08/04/1998 | 203 | MOTION to extend time in which to file notice of appeal by Cleshay L Johnson. (5 pages) (PJS) (Entered: 08/05/1998) |
| 09/03/1998 | 204 | LETTER with attachments to court (dated 8/4/98) from Andrea George counsel for defendant Cleshay L Johnson re: remand by USCA for the limited purpose of determining whether he his notice of appeal with prison authorities within the ten day filing period. 4pgs with attached envelope (LEG) Modified on 09/04/1998 (Entered: 09/04/1998) |
| 09/03/1998 | 205 | REPORT and RECOMMENDATION by Magistrate Judge Jonathan G. Lebedoff date signed: 9/3/98 denying motion to extend time in which to file notice of appeal [203-1]. 3pgs (cc: AUSA, PD, deft & 2 cert copies along with 2 cert copies of the updated docket sheet to USCA) (LEG) Modified on 09/04/1998 (Entered: 09/04/1998) |
| 09/09/1998 | 206 | OBJECTIONS by defendant Cleshay L Johnson to report & recommendation [205-1] 2 pg(s) (LEG) (Entered: 09/10/1998) |
| 09/29/1998 | 207 | APPLICATION by USA and ORDER (JGL, 9/28/98) for disclosure of telecommunications records as to deft Dennis Carter. (5 pages) --filed under seal-- (PJS) (Entered: 09/29/1998) |
| 10/13/1998 | 208 | APPLICATION by USA and ORDER (FLN, 10/9/98) as to deft Dennis Carter for disclosure of telecommunications records. 4 pages --filed under seal-- ( (Entered: 10/13/1998) |
| 10/14/1998 | 209 | ORDER REJECTING REPORT AND RECOMMENDATION (Judge John R. Tunheim / date signed 10/14/98) as to deft Cleshay Johnson that (1) the court rejects the Magistrate Judge's Report and Recommendation; (2) the court finds that deft delivered his notice of appeal to prison officials for mailing sometime after 3/12/98 and before 3/23/98; (3) deft's |

| | | |
|---|---|---|
| | | motion to extend time in which to file a notice of appeal is granted; and (4) the filing deadline shall be extended through 3/23/98. [203-1] [205-1] (cc: all counsel, USCA) 4 pages (PJS) (Entered: 10/15/1998) |
| 12/01/1998 | 210 | ORDER EIGHTH CIRCUIT COURT OF APPEALS as to deft Cleshay Johnson that the Federal Public Defender is appointed to represent deft. (3 pages) (PJS) (Entered: 12/01/1998) |
| 12/07/1998 | 212 | Clerk's Record on Appeal delivered to the 8th Circuit Court as to Cleshay L Johnson. (cc: Counsel) (PJS) (Entered: 12/07/1998) |
| 12/08/1998 | 213 | APPLICATION by plaintiff USA & ORDER (JEC) regarding disclosure as to Dennis Carter (1). 4 pgs FILED UNDER SEAL ( (Entered: 12/09/1998) |
| 12/14/1998 | 215 | CERTIFIED COPY OF JUDGMENT FROM the USCA that it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance withthe opinion of this Court as to appeal filed by deft Eonald Lindsey (4) (copies dist'd). 1pg MANDATE ISSUED 12/11/98 (LEG) (Entered: 12/14/1998) |
| 12/29/1998 | 220 | TRANSCRIPT OF SENTENCING held 2/27/98 before JRT as to deft Cleshay L Johnson (Court Reporter: Karen Grufman). (SEPARATE) (PJS) (Entered: 12/30/1998) |
| 02/01/1999 | 224 | APPLICATION by USA & ORDER (JGL, 1/29/99) as to deft (01) DENNIS CARTER for disclosure of telecommunications records. (4 pages) --filed under seal until further order of the court-- (PJS) (Entered: 02/01/1999) |
| 05/03/1999 | 228 | CERTIFIED COPY OF OPINION FROM USCA (Fagg) (Heaney) ( Hansen) - J; filed 4/9/99 affirming the decision of the District Court [187-1] as to defendant Cleshay L Johnson. (2 pages) (PJS) (Entered: 05/03/1999) |
| 05/03/1999 | 229 | CERTIFIED COPY OF JUDGMENT FROM EIGHTH CIRCUIT COURT OF APPEALS as to deft {06} Cleshay Johnson that the judgment of the district court is affirmed in accordance with the opinion of this court. (copies dist'd) MANDATE ISSUED 4/30/99. (1 page) (PJS) (Entered: 05/03/1999) |
| 07/01/1999 | 230 | APPLICATION by USA and ORDER (ESS, 6/30/99) for disclosure of telecommunications recoreds as to deft Dennis Carter. (5 pages) --filed under seal-- (PJS) (Entered: 07/01/1999) |
| 07/29/1999 | 231 | APPLICATION by USA and ORDER (JEC, 7/29/99) authorizing the installation and use of a trap and trace device. (7 pages) --filed under seal-- (PJS) (Entered: 07/30/1999) |
| 08/12/1999 | 234 | OBJECTIONS by USA to letter request for change in PSR by deft Andre Simmons [233-1] 1pg(s) (BLW (Entered: 08/12/1999) |

| | | |
|---|---|---|
| 10/28/1999 | 239 | APPLICATION AND ORDER by USA for disclosure of telecommunications records as to deft DENNIS CARTER. (5 pages) --filed under seal-- (PJS) (Entered: 10/28/1999) |
| 11/18/1999 | 240 | APPLICATION by USA and ORDER (JEC, 11/18/99) for disclosure of telecommunications records as to deft Dennis Carter and be sealed until otherwise ordered by the court. (5 pages) --filed under seal-- (PJS) (Entered: 11/18/1999) |
| 03/07/2000 | 241 | RESPONSE by plaintiff USA to petitioner's motion pursuant to 28:2255 as to Ronald Devon Lindsey [236-1]. 18 pgs ( (Entered: 03/07/2000) |
| 07/14/2000 | 248 | ORDER FOR APPOINTMENT OF COUNSEL (Judge John R. Tunheim / date signed 7/14/00) as to deft (03) RONALD LINDSEY: It is ordered that counsel be appointed to represent deft at an upcoming evidentiary hearing. (cc: USAtty, deft, PD) 1 pg (PJS) (Entered: 07/17/2000) |
| 08/24/2000 | 252 | APPLICATION AND ORDER by USA for disclosure of telecommunications record as to deft Dennis Carter. (6 pages) *filed under seal* (PJS) (Entered: 08/24/2000) |
| 09/21/2000 | 253 | APPLICATION by plaintiff USA and ORDER (ESS) for disclosure as to deft Dennis Carter (1). 6pgs FILED UNDER SEAL (LEG) (Entered: 09/21/2000) |
| 10/27/2000 | 262 | SCHEDULING ORDER AS TO DENNIS CARTER (1) (Magistrate Judge E. S. Swearingen / date signed 10/27/00) disclosure due 11/3/00; pretrial motions due 11/15/00; motion hearing set for 9:30 on 11/22/00 before JGL; Voir Dire / Jury Instructions due 12/18/00; jury trial set for 9:30 on 12/26/00 before JRT. (cc: all counsel) 2 pgs ( (Entered: 10/27/2000) |
| 11/15/2000 | 264 | ORDER (Magistrate Judge Jonathan G. Lebedoff / date signed 11/15/00) as to DENNIS CARTER pretrial motions due 11/22/00 and motion hearing cont'd to 9:30 a.m. on 11/29/00 before JGL. (cc: all counsel) 1 page (PJS) (Entered: 11/16/2000) |
| 02/12/2001 | 269 | LETTER/SUBSTITUTION OF ATTORNEY: Susan J Nolting replacing William B Michael Jr for USA. (1 page) (PJS) (Entered: 02/12/2001) |
| 03/28/2001 | 272 | AFFIDAVIT of Robert D. Sicoli on behalf of the govt re deft Ronald Lindsay's 2255 motion [236-1]. 2 pages (PJS) (Entered: 03/29/2001) |
| 07/18/2001 | 286 | MOTION and ORDER by Magistrate Judge E. S. Swearingen. (cc: all counsel, PTS & USM) 2 pgs FILED UNDER SEAL ( Modified on 07/19/2001 (Entered: 07/19/2001) |
| 09/14/2001 | 291 | JUDGMENT as to Ronald Lindsey (4) re: 2255 motion. 1pg (LEG) (Entered: 09/18/2001) |
| 11/06/2007 | 312 | Probation Jurisdiction Transferred to Southern District of California - San Diego as to Cleshay L Johnson Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (MKG) |

| | | |
|---|---|---|
| | | (Entered: 11/08/2007) |